UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Goldberger,

                      Plaintiff(s),

      -against –

Equifax Information Services, LLC, et al.,
                      Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:19-CV-06790 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: November 26, 2019

      White Plains, New York

                                                                  CATHY SEIBEL, U.S.D.J.